Gerald Grunsfeld, Esq.
Lazar Grunsfeld Elnadav LLP
1795 Coney Island Avenue
Brooklyn, NY 11230
(718) 947-7476
Gerry@LGELaw.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

NINGBO EASYCLEAN COMMODITY CO., LTD and
EASYCLEAN CO., LTD

      Plaintiff,

               *-against-*

SPLAQUA, INC., AND
DACKERS TRADING, LLC

      Defendants,

**COMPLAINT**

1:25-cv-6596

Plaintiffs, NINGBO EASYCLEAN COMMODITY CO., LTD and EASYCLEAN CO., LTD (collectively hereafter referred to herein as "EASYCLEAN") by their attorneys, Lazar Grunsfeld Elnadav LLP, for their complaint, allege, upon information and belief, as follows:

**PARTIES, JURISIDICTION AND VENUE**

1.     EASYCLEAN are two affiliated Chinese manufacturing companies, with their headquarters located in the Yinzhou district of China.

2.     Defendant SPLAQUA, INC., is a New York company, located in Brooklyn, New York.

3.     Defendant, DACKERS TRADINLG, LLC, is a New York company, located in Brooklyn, New York.

4.     Upon information and belief Joel Ackerman owns both of the Defendant companies.

1

5.      It is almost certain that there are no members of DACKERS TRADINLG, LLC who reside in China as Plaintiffs have conducted internet research and found no evidence of same and because Plaintiffs have made this representation in filings made in this Court in prior litigation against the Defendants (22-cv-05575) and Defendants did not make any claims to the contrary in response to these allegations.

6.      As such, this Court has diversity jurisdiction pursuant to 28 U.S.C. §1332, and maintains supplemental jurisdiction over Plaintiffs' New York State causes of action for account stated and breach of contract.

7.      Venue in this judicial district is proper under 28 U.S.C. § 1391(c) and 1400(a) in that the Defendants companies (and likely Mr. Ackerman as well) reside within this District.

## **FACTUAL BACKGROUND**

8.      Between January and June of 2022, Plaintiffs made several shipments of lens wipes, lens cleaner, and lens cloth products to Defendants, for which Defendants had signed purchase orders.

9.      Despite agreeing to pay Plaintiffs for the aforementioned shipments, Defendants only paid Plaintiffs $564,699.38, leaving an unpaid balance due of $771,261.

10.     Plaintiffs filed suit against Defendants setting forth a claim for this unpaid amount plus interest. Said Lawsuit was filed in UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF NEW YORK (22-cv-05575).

11.     On March 14, 2023, the parties filed a settlement agreement (**Exhibit A**) wherein the Defendants agreed to pay Plaintiffs the $771,261, principal plus $102,018 of interest. Per the agreement, Defendants were to pay Plaintiffs a total of $873,279 in sixty monthly payments of $14,554.65.

12.     Between March 18, 2023 and June 20, 2025, Defendants made 18 of said monthly

settlement payments (of varying amounts) totaling $269,309.50, but then stopped making monthly payments, despite receiving a Notice of Default from Plaintiffs.

13. As such, $501,951.50 remains unpaid from the $771,261 confession of judgment representing the initial debt owed; and a further $102,018 of interest payable under the settlement agreement remains unpaid.

14. Plaintiffs have filed Defendants' Confession of Judgment in New York Supreme Court, seeking a judgment against Defendants for the unpaid $501,951.50 due under the Defendants' Confession of Judgment.

15. Plaintiffs file this lawsuit seeking the $102,018 of interest payable under the settlement agreement, which remains unpaid.

16. In addition, in accordance with the terms of the settlement agreement, Plaintiffs agreed to ship additional goods to Defendants. More specifically, pursuant to purchase orders signed by Defendants, Plaintiffs shipped goods to Defendants with an agreed purchase price of $35,599.66 and manufactured for Defendants (but did not yet ship) goods with an agreed purchase price of $56,908.43.

17. Defendants have not paid any portion of the aforesaid sums.

18. In total, Defendants thus owe Plaintiffs $194,526.09, plus interest and attorneys' fees.

## FIRST CLAIM FOR RELIEF

### (ACCOUNT STATED)

19. Plaintiffs repeat, reallege, and incorporate herein by reference as though fully set forth herein, the allegations contained in the preceding paragraphs of this complaint.

20. On March 14, 2023, the parties filed a settlement agreement (Exhibit A) wherein the Defendants agreed to pay Plaintiffs the $771,261, principal plus $102,018 of interest. Per the

agreement, Defendants were to pay Plaintiffs a total of $873,279 in sixty monthly payments of $14,554.65.

21.     Between March 18, 2023 and June 20, 2025, Defendants made 18 of said monthly settlement payments (of varying amounts) totaling  $269,309.50, but then stopped making monthly payments, despite receiving a Notice of Default from Plaintiffs.

22.     As such, $501,951.50 remains unpaid from the $771,261 confession of judgment representing the initial debt owed; and a further $102,018 of interest payable under the settlement agreement remains unpaid.

23.     Plaintiffs have filed Defendants' Confession of Judgment in New York Supreme Court, seeking a judgment against Defendants for the unpaid $501,951.50 due under the Defendants' Confession of Judgment.

24.     Plaintiffs file this lawsuit seeking the $102,018 of interest payable under the settlement agreement, which remains unpaid.

25.     In addition, in accordance with the terms of the settlement agreement, Plaintiffs agreed to ship additional goods to Defendants. More specifically, pursuant to purchase orders signed by Defendants, Plaintiffs shipped goods to Defendants with an agreed purchase price of $35,599.66 and manufactured for Defendants (but did not yet ship) goods with an agreed purchase price of $56,908.43.

26.     Defendants  have not paid any portion of the aforesaid sums.

27.     In total, Defendants thus owe Plaintiffs $194,526.09, plus interest and attorneys' fees.

**SECOND (ALTERNATIVE) CLAIM FOR RELIEF**

**(Breach of Contract )**

28.     Plaintiffs repeat, reallege, and incorporate herein by reference as though fully set

4

forth herein, the allegations contained in the preceding paragraphs of this complaint.

29.     On March 14, 2023, the parties filed a settlement agreement (Exhibit A) wherein the Defendants agreed to pay Plaintiffs the $771,261, principal plus $102,018 of interest. Per the agreement, Defendants were to pay Plaintiffs a total of $873,279 in sixty monthly payments of $14,554.65.

30.     Between March 18, 2023 and June 20, 2025, Defendants made 18 of said monthly settlement payments (of varying amounts) totaling  $269,309.50, but then stopped making monthly payments, despite receiving a Notice of Default from Plaintiffs.

31.     As such, $501,951.50 remains unpaid from the $771,261 confession of judgment representing the initial debt owed; and a further $102,018 of interest payable under the settlement agreement remains unpaid.

32.     Plaintiffs have filed Defendants' Confession of Judgment in New York Supreme Court, seeking a judgment against Defendants for the unpaid $501,951.50 due under the Defendants' Confession of Judgment.

33.     Plaintiffs file this lawsuit seeking the $102,018 of interest payable under the settlement agreement, which remains unpaid.

34.     In addition, in accordance with the terms of the settlement agreement, Plaintiffs agreed to ship additional goods to Defendants. More specifically, pursuant to purchase orders signed by Defendants, Plaintiffs shipped goods to Defendants with an agreed purchase price of $35,599.66 and manufactured for Defendants (but did not yet ship) goods with an agreed purchase price of $56,908.43.

35.     Defendants  have not paid any portion of the aforesaid sums in breach of the settlement agreement and purchase orders.

36.     The settlement agreement provided that Plaintiffs would be entitled to see their

costs, attorneys' fees and interest if Plaintiffs had to sustain such costs and fees seeking to enforce the settlement agreement.

37.    In total, Defendants thus owe Plaintiffs $194,526.09, plus costs, interest and attorneys' fees.

## PRAYER FOR RELIEF

**Wherefore**, Plaintiffs pray for judgement awarding them $194,526.09, plus costs, interest and attorneys' fees.

Dated: Brooklyn, New York
    November 26, 2025

LAZAR GRUNSFELD ELNADAV LLP

Gerald Grunsfeld, Esq.
1795 Coney Island Avenue
Brooklyn, NY 11230
Gerry@lgelaw.com
(718) 947-7476
Attorney for Plaintiffs

6